# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SHIELDS and | : | |
| CONSTANCE SHIELDS, | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 08-2169 |
| | : | |
| UNITED STATES OF AMERICA | : | |
| Defendant | : | |

## **O R D E R**

**STENGEL, J.**

　　**AND NOW**, this 21ˢᵗ day of December, 2009, upon careful consideration of Defendant's motion for summary judgment (Document # 21) and the Plaintiffs' response thereto (Document #25), it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

　　/s/ Lawrence F. Stengel　　
　　LAWRENCE F. STENGEL, J.
